**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLEY CAT ALLIES INCORPORATED,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES NATIONAL PARK SERVICE, an agency of the U.S. Department of the Interior, JESSICA BOWRON, in her capacity as Comptroller, exercising the delegated authority of Director of the U.S. National Park Service, DARRELL ECHOLS, in his capacity as the Acting Regional Director of the South Atlantic-Gulf region of the U.S. National Park Service, DOUG BURGUM, in his capacity as U.S. Secretary of the Interior, and MYRNA PALFREY, in her capacity as Superintendent of the San Juan National Historic Site,<br><br>          Defendants. | Case No. 1:24-cv-876-RDM<br><br>**[PROPOSED]<br>SCHEDULING ORDER** |

This matter is before the Court on the Parties Joint Status Report, filed July 11, 2025. Therein, the Parties indicate that they believe it is appropriate for this case and *Save-A-Gato, Inc. v. United States Nat'l Park Serv. et al*., 25-cv-1873 (D.D.C. Filed June 13, 2025) to proceed on the same consolidated schedule.  Having reviewed the Parties' Joint Status Report, it is hereby

**ORDERED** that the Parties will adhere to the following schedule:

- Federal Defendants' Answer(s) or Motion(s) to Dismiss to be filed on or before **August 22, 2025**;

- Federal Defendants must lodge the supplemental administrative record on or before **September 22, 2025**;

- The Parties' stipulated supplement to the administrative record; Plaintiffs' Motion to supplement the administrative record; and/or Plaintiffs' objections to the administrative record to be filed on or before **October 6, 2025**;

2

Dated: _____

                                      _____
The Honorable Randolph D. Moss
U.S. District Judge