**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLEY CAT ALLIES, INCORPORATED,<br><br>    Plaintiff, and<br><br>SAVE-A-GATO INCORPORATED,<br><br>    Consolidated Plaintiff,<br><br>    v.<br><br>UNITED STATES NATIONAL PARK SERVICE, an agency of the U.S. Department of the Interior, JESSICA BOWRON, in her capacity as Comptroller, exercising the delegated authority of the Director of the U.S. National Park Service, DARRELL ECHOLS, in his capacity as the Acting Regional Director of the South Atlantic-Gulf region of the U.S. National Park Service, DOUG BURGUM, in his capacity as U.S. Secretary of the Interior, and MYRNA PALFREY, in her capacity as Superintendent of the San Juan National Historic Site,<br><br>    Defendants. | Lead Case No. 1:24-cv-876-RDM (consolidated Case No. 1:25-cv-1873-RDM) |

**JOINT STATUS REPORT AND NOTICE OF DELAY IN PROPOSING SCHEDULING ORDER**

Pursuant to the Court's June 18, 2025 minute order, Plaintiff Alley Cat Allies, Inc.

("ACA") (Case No. 1:24-cv-876) Plaintiff Save-A-Gato, Inc. ("SAG") (Case No. 1:25-cv-1873)

and Federal Defendants (together the "Parties") provide the following status report.

1.    At the end of day on September 30, 2025, the appropriations act that had been

funding the Department of Justice expired and those appropriations to the Department lapsed.

The same is true for the majority of other Executive agencies, including the National Park

Service.

2.      Absent an appropriation, Department of Justice attorneys and employees of the National Park Service are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      On October 1, 2025, Chief Judge James E. Boasberg entered Standing Order No. 25-55 (JEB), *In re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations*.  Standing Order No. 25-55 states in relevant part:

> In all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Columbia, all filing and discovery deadlines imposed on the United States, any of its federal agencies, and any of its officers or employees, shall be extended by the number of days equal to the length (in days) of the lapse of appropriations plus five days;

3.      Plaintiff ACA previously filed an amended complaint in this matter on June 13, 2025.  Plaintiff SAG filed an original complaint in the consolidated case on the same day.  On July 11, 2025, the Court set the following schedule:

a.  August 22, 2025: Federal Defendants' Answer or Motion to Dismiss;

b.  September 22, 2025: Federal Defendants lodge supplemental administrative record;

c.  October 6, 2025: Parties' stipulated supplement to the administrative record; Plaintiffs' Motion to supplement the administrative record; and/or Plaintiffs' objections to the administrative record.

4.      The cases were subsequently consolidated on August 19, 2025, Federal Defendants timely answered on August 22, 2025, and Federal Defendants timely lodged the supplemental administrative record on September 22, 2025.

5.      Prior to the lapse in appropriations, Plaintiffs sought to confer with Federal Defendants on a briefing schedule and remaining case deadlines.

6.      The parties briefly conferred on the morning of October 1 as part of Federal Defendants' authorization to ensure an orderly shutdown.  The Parties have agreed that it is not appropriate to set a briefing schedule in this matter at this time until Federal Defendants' counsel are permitted to resume their usual civil litigation functions.

7.      The Parties thereby notify the Court that they will reconvene at the end of the lapse in appropriations and will promptly confer to set a briefing schedule in this matter.

Respectfully submitted this 1st day of October 2025.

/s/ Paul M. Seby
Paul M. Seby (DC Bar No. CO000129)
Matthew K. Tieslau (DC Bar No. CO00130)
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
(303) 572-6500 telephone
(303) 572-6540 facsimile
sebyp@gtlaw.com
tieslaum@gtlaw.com

Eduardo S. Garcia, Esq.
(DC Bar No. 1028040)
STEIN SPERLING BENNETT
DE JONG DRISCOLL PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020 (phone)
(301) 354-8326 (facsimile)
egarcia@steinsperling.com

*Attorneys for Plaintiff*
*Alley Cat Allies Incorporated in Case No.*
*24-cv-876 (D.D.C.)*

3

s/ Paul M. Seby
Paul M. Seby (DC Bar No. CO000129)
Matthew K. Tieslau (DC Bar No. CO00130)
Eric P. Waeckerlin  (DC Bar No. 977228)
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
(303) 572-6500 telephone
(303) 572-6540 facsimile
sebyp@gtlaw.com
tieslaum@gtlaw.com
eric.waeckerlin@gtlaw.com

*Attorneys for Plaintiff Save-A-Gato, Inc. in
Case No. 25-cv-1873 (D.D.C.)*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ signed with permission
ROMNEY S. PHILPOTT (Colo. 35122)
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, 6th Floor—Suite 600
Denver, CO 80305
Phone: (303) 844-1810
Email: romney.philpott@usdoj.gov

ALEXA V. PENALOSA (AZ 038005)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202) 305-0492
Email: alexa.penalosa@usdoj.gov

*Attorneys for Federal Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October 2025, a true and correct copy of the foregoing document has been filed and served upon all counsel using the Court's E-filing system.

*s/ Paul M. Seby*
Paul M. Seby