**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALLEY CAT ALLIES INCORPORATED,
    Plaintiff, and

SAVE-A-GATO, INC.,

    Consolidated Plaintiff,

    v.

UNITED STATES NATIONAL PARK
SERVICE, *et al.*,
    Defendants.

No. 1:24-cv-876-RDM
(consolidated with No. 1:25-cv-1873)

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs in the above-captioned action hereby appeal to the

United States Court of Appeals for the District of Columbia Circuit from the memorandum

opinion (Dkt. 78) and accompanying order (Dkt, 79), entered on May 20, 2026.

Respectfully submitted,

/s/ Amanda Shafer Berman
Amanda Shafer Berman (No. 497860)
Crowell & Moring LLP
600 Fifth Street, NW
Washington, DC 20001
Tel: (202) 688-3451
aberman@crowell.com