

**United States Department of the Interior**
**NATIONAL PARK SERVICE**
San Juan National Historic Site
501 Calle Norzagaray
San Juan, Puerto Rico 00901



In Reply Refer To:

1.A.2.(SAJU)

Ana M. Salicrup
Save a Gato
P.O. Box 9021227
San Juan, PR 00902
saveagatopr@gmail.org

Dear Ms. Salicrup:

As you know, in 2023, the National Park Service (NPS) adopted its Free Ranging Cat Management Plan (Plan). Consistent with that Plan, NPS invited expressions of interest (EOI) from animal welfare organizations to participate in the implementation of the Plan. NPS received no EOIs and is therefore moving forward with implementation of the Plan with a removal agency as directed by the Plan. Removal efforts will commence in approximately mid to late June 2026.

This letter is intended to notify SAG that any and all authorizations for SAG related to Trap-Neuter-Release (TNR) are no longer in effect at the San Juan National Historic Site (Site). SAG must cease and desist any activities under this program including the feeding of animals and the use of vehicles and equipment effective 8:00 A.M. June 8, 2026.  Any personal property utilized by SAG under previously authorized TNR efforts that is left at the Site will be treated as abandoned property in accordance with 36 C.F.R. § 2.22. SAG and its representatives and members must return all NPS property in its or their possession including but not limited to, keys to the Paseo del Morro National Recreation Trail.  Please return all property by June 9, 2026. Property can be brought to the Administrative Offices of San Juan National Historic Site located at 501 Calle Norzagaray or mailed via certified mail to 501 Calle Norzagaray, San Juan, PR 00901.

We thank you in advance for your attention to this matter.  If you have any questions, please contact Felix Lopez via email at felix_j_lopez@nps.gov or  saju_superintendent@nps.gov.

Sincerely,

*Myrna I. Palfrey*

Myrna I. Palfrey
Superintendent

Cc:     saveagatopr@gmail.org