

Adoptions • Fosters • T/N/R

P.O. Box 9021227

San Juan, Puerto Rico 00902-1227

saveagatopr@gmail.com

**saveagato.org**

*Save A Gato is a 501(c)(3) org.

June 5, 2026

**Via Email**
Superintendent Myrna I. Palfrey
Felix Lopez, Chief, Cultural Resources
San Juan National Historic Site
501 Calle Norzagaray
San Juan, Puerto Rico 00901

Dear Ms. Palfrey and Mr. Lopez:

Save-A-Gato, Inc. (SAG) has received NPS's June 1, 2026 "cease and desist" letter and the information about NPS's purported feeding plan provided by Alexa Penalosa on June 3, 2026. I am contacting you with SAG's concerns on the exceedingly short deadline provided in the June 1, 2026 letter, and to request that NPS extend its deadline for SAG to cease feeding and caring for the Paseo community cats from June 8, 2026 until June 18, 2026. SAG respectfully requests a response to this letter <u>by no later than 5:00 p.m. on Sunday, June 7, 2026.</u>

There is no reason for NPS to take over the duty of feeding the community cats—which it has never done—at this juncture. Over the past two decades, SAG's protocols have been optimized and refined to deal with all of the realities that these community cats face in this unique Paseo location. For example, the feeding stations used by SAG are specially adapted to deal with two frequent circumstances on the Paseo: rain and other animals (*e.g.*, ants, rats, and birds).

Feeding stations must strike the delicate balance of being welcoming to the community cats while also protecting their food from the rain and other animals, otherwise the food becomes inedible for the cats and develops a distinct unpleasant smell that is repugnant to both the community cats and Paseo visitors. Additionally, provision of dry food alone is insufficient. Wet food must be made available in a specific manner to nourish cats that are older, suffer from tooth decay, or can only digest wet food for other health reasons. SAG remains ready, willing and able to continue to feed these cats at its own expense, and with no interruption in the method of feeding that has been developed and used for over two decades, so long as the SAG feeding stations will continue to be permitted.

As such, SAG respectfully requests that, at a minimum, NPS extend the deadline provided in the June 1, 2026 letter to June 19, 2026, and allow SAG to coordinate, train and work with NPS' new feeding team in the interim.

Sincerely,

Ana Maria Salicrup
On behalf of Save-A-Gato, Inc.