

# United States Department of the Interior
**NATIONAL PARK SERVICE**
San Juan National Historic Site
501 Calle Norzagaray
San Juan, Puerto Rico 00901



In Reply Refer To:

June 7, 2026

Lic. Ana M. Salicrup
Save a Gato, Inc.
P.O. Box 9021227
San Juan, PR 00902
saveagatopr@gmail.com

Dear Ms. Salicrup:

In response to your letter of June 5, 2026, requesting the National Park Service (NPS) to extend the deadline for Save a Gato (SAG) to cease and desist activities at Paseo del Morro National Recreational Trail (Paseo) we are informing you that the NPS will not be extending the deadline.

We are aware of the challenges to feeding the free ranging cats at Paseo. We are prepared to assume the responsibilities until the removal agency begins the process of removing the free ranging cats from the area. If at some point through this process the NPS feels it needs assistance, someone from the Paseo will let SAG know.

Sincerely,

*Myrna I. Palfrey*

Myrna I. Palfrey
Superintendent