IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLEY CAT ALLIES INCORPORATED,<br><br>and<br><br>SAVE-A-GATO, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES NATIONAL PARK<br>SERVICE, *et al*.,<br><br>    Defendants. | Civil Action No. 1:25-cv-04269 (CKK) |

**DECLARATION OF SUPERINTENDENT MYRNA PALFREY**

I, Myrna Palfrey, declare as follows:

1.  I am the Superintendent of the San Juan National Historic Site ("Site") with the National Park Service ("NPS"), United States Department of the Interior.  I have served in this position since February 2019.  I make this declaration based on my personal knowledge and official responsibilities.

2.  I have been an employee of the NPS since 1986.  I previously served as an Administrative Officer in Fort Pulaski, Georgia; in Canaveral National Seashore, Florida; and in Chamizal National Memorial, Texas.  I then served as Superintendent in Palo Alto Battlefield in Texas, Deputy Superintendent at Biscayne National Park in Florida, Superintendent in Canaveral National Seashore in Florida, and most recently, returned to my hometown of San Juan to serve as Superintendent of the Site on February 14, 2019.

1

3. As Superintendent, I exercise administrative and operational decision-making related to the protection, preservation, and management of historic structures, cultural landscapes, natural resources, and visitor safety within Site, as well as for administrative and operational decision-making for all matters related to the Site. Decision-making in my role as Superintendent involves responding to political, legal, and public concerns as the Site navigates complex stakeholder and environmental issues. Caring for the Site and providing for the use, enjoyment, and education of the stories of our nation is more than my professional duty; for me, it is an opportunity to give back to my community and my island.

4. The Site is the only unit of the National Park System in Puerto Rico. The Site's purpose is to preserve, protect, and interpret the oldest and largest Spanish fortification system in the United States. We receive over 1.2 million visitors each year, making us Puerto Rico's main historical attraction. The Site includes several historical components, such as the Castillo San Felipe del Morro, which is located at the western end of the Site on cliffs overlooking the Atlantic Ocean and San Juan Bay. The El Morro esplanade is a busy public area of nearly 12 acres for visitor enjoyment.

5. The Paseo del Morro National Recreational Trail ("Paseo"), a paved pedestrian path completed in 1999, is another popular component of the Site. The Paseo runs along San Juan Bay from the San Juan Gate in the east to the Castillo San Felipe del Morro in the west. The Paseo was designated in 2001. The Paseo receives more than 140,000 visitors each year, who use the area for walking, running, sightseeing, bird watching, interpretive tours, photography, and other recreational purposes. Visitors may access the Paseo at the San Juan Gate end and the Castillo del Morro end.

2

6.  An invasive cat colony has been on the Paseo for decades. In 2023, NPS completed the Free-Ranging Cat Management Plan ("2023 Plan"), under which NPS intended to remove the invasive cats.

7.  On May 29, 2026, as part of its efforts related to implementing the 2023 Plan, NPS sent Plaintiff Save-A-Gato ("SAG"), which has been managing the cats, a letter that, among other things, directed SAG to remove all of its cat feeding and watering stations from the Paseo.  Exhibit A.  NPS advised SAG that NPS would assume the responsibility to provide food and water to the cats beginning on Monday, June 8, 2026.  On June 5, 2026, SAG asked NPS to permit it to continue to feed cats until June 18, 2026.  Exhibit B.  On June 7, 2026, NPS denied this request.  Exhibit C.

8.  On June 8, 2026, NPS invited SAG to apply for a permit allowing SAG to remove cats from the Paseo until June 26, 2026. Exhibit D.  SAG applied for a permit and asked to commence removing cats on Tuesday, June 10, 2026.  Although a permit has not yet been issued, NPS approved SAG to remove cats.  NPS employees have seen SAG volunteers in the Site with cages presumably to remove cats.  However, NPS does not know if any cats have been removed by SAG.

9.  NPS is in discussions with a removal agency, the Animal and Plant Health Inspection Service of the U.S. Department of Agriculture (APHIS), as outlined in the 2023 Plan, with a target for the removal of cats starting in July.  NPS is taking the following steps to meet this goal:  (A) negotiating a funding agreement with APHIS, (B) conducting monthly daytime and nighttime surveys, (C) daily site walk-throughs, which provide information regarding the condition of feeding stations, daily animal counts, and observation of birds, iguanas and other wildlife, (D) monthly formal survey reporting,  (E) ongoing ecological

planning efforts to develop and finalize a comprehensive vegetation and landscape management plan for the area, which will serve to prevent cat recolonization following removal, improve bird habitat, and add strength to the foundation with vegetation root systems (F) procurement of supplies and equipment necessary to support plan implementation, (G) development of a post-removal monitoring plan, and (H) development of monitoring protocols to guide implementation and evaluate the project's outcome.

10. NPS has been delayed for almost two years (from August 2024 until the present) from addressing the problems presented by invasive cats through implementing the 2023 Plan. As described below, any further delay will present significant harm to NPS. Harms include lack of staff to implement the 2023 Plan, loss of funding to implement the 2023 Plan, potentially missing an opportunity to work with APHIS on removal while APHIS is available, continued risk of ecological damage at the Site, continued impacts on visitor services, developments in the cat colony that could make future implementation of the 2023 Plan more difficult, risk of public perception that the public may continue abandoning pet cats at the Site, and continued lack of alignment with authorities governing management of invasive species and wildlife.

11. All staff who work on cat management occupy temporary or seasonal appointments. By their nature, these positions are not guaranteed to be retained or refilled once their terms expire. These temporary and seasonal positions are funded through recreational fee revenues, which are both limited and subject to statutory spending requirements. Specifically, 55% of recreational fee funds must be allocated to facility-related projects, substantially limiting the amount available for non-facility initiatives such as implementation of the 2023 Plan.  Of the remaining 35% of fee revenues, priority funding

must be provided for permanent Fee Clerk and Park Guide positions, which collectively represent an annual Cost of Collections expense of approximately $942,000. Recreational fee funds also partially support permanent Mason, Buildings and Grounds, and Laborer positions. Only after these obligations are met can any remaining funds be directed toward the 2023 Plan, which includes hiring staff for implementing the 2023 Plan. We currently have sufficient funds from the fee revenues to support the 2023 Plan. However, there are numerous funding variables that could affect the availability of sufficient resources to support continued implementation of the 2023 Plan in future years. As a result, it is imperative to implement the plan while we have the funds.

12. As is discussed above, NPS is in the process of finalizing its arrangement with APHIS. APHIS presently has capacity to serve as the removal agency in July. If NPS is forced to endure additional delays, it is unclear whether APHIS will continue to be available, as APHIS may have other priorities.

13. The record for the 2023 Plan lays out potential ecological harms from the cat colony, to include risk of disease transmission from the cats to native wildlife, depredation on native wildlife, and continued attraction of undesirable, nuisance wildlife (e.g., iguanas and rats) to the feeding stations. These ecological harms would continue if the 2023 Plan's implementation is further delayed. Furthermore, under its Organic Act, 54 U.S.C. § 100101the NPS is charged with preserving and protecting native wildlife and ecological integrity within the Site, and the cat colony poses a barrier to the Site's alignment with those duties. Finally, the Site, as a unit of NPS, must endeavor to implement national and NPS policy on managing invasive species, and continued delay would likewise prevent the Site from compliance.

14. The record for the 2023 Plan details potential impacts on visitor experience posed by the cat colony. The Site is to be managed to preserve the historical components for the enjoyment of future generations. Visitors come to the Site to experience and learn about history firsthand, as well as recreate. The health and safety of over 140,000 visitors to the Paseo are paramount, and the cat colony poses disease concerns. The waste and smell produced by the cats negatively impacts the visitor experience. Those impacts will continue until NPS can implement the 2023 Plan.

15. In Puerto Rico's latitude and climate, unsterilized female cats can have new litters of kittens every three months.  Any further delays in removing the cats could result in an increase in the invasive cat population (and the Park Service has consistently documented pregnant cats at the Park—even while SAG was engaged in TNR efforts). An increase in the population of the invasive cats will exacerbate many of the other negative impacts of a delay.

16. A stay would also risk continued abandonment of cats in the Site by members of the public because the public might perceive that it was appropriate to continue abandoning cats at the Site given that the colony still exists, and removal has not yet begun. Continued abandonment would increase future removal costs and complexity.

17. Overall, the longer the 2023 Plan's implementation is delayed, for the above referenced reasons, NPS expects a greater likelihood that removal efforts will be less effective.

Executed in San Juan, Puerto Rico, on this 18th day of June 2026.

_____

6

Myrna Palfrey
Superintendent
United States National Park Service