# EXHIBIT A



United States Department of the Interior
**NATIONAL PARK SERVICE**
San Juan National Historic Site
501 Calle Norzagaray
San Juan, Puerto Rico 00901



In Reply Refer To:

1.A.2.(SAJU)

Ana M. Salicrup
Save a Gato
P.O. Box 9021227
San Juan, PR 00902
saveagatopr@gmail.org

Dear Ms. Salicrup:

As you know, in 2023, the National Park Service (NPS) adopted its Free Ranging Cat Management Plan (Plan). Consistent with that Plan, NPS invited expressions of interest (EOI) from animal welfare organizations to participate in the implementation of the Plan. NPS received no EOIs and is therefore moving forward with implementation of the Plan with a removal agency as directed by the Plan. Removal efforts will commence in approximately mid to late June 2026.

This letter is intended to notify SAG that any and all authorizations for SAG related to Trap-Neuter-Release (TNR) are no longer in effect at the San Juan National Historic Site (Site). SAG must cease and desist any activities under this program including the feeding of animals and the use of vehicles and equipment effective 8:00 A.M. June 8, 2026.  Any personal property utilized by SAG under previously authorized TNR efforts that is left at the Site will be treated as abandoned property in accordance with 36 C.F.R. § 2.22. SAG and its representatives and members must return all NPS property in its or their possession including but not limited to, keys to the Paseo del Morro National Recreation Trail.  Please return all property by June 9, 2026. Property can be brought to the Administrative Offices of San Juan National Historic Site located at 501 Calle Norzagaray or mailed via certified mail to 501 Calle Norzagaray, San Juan, PR 00901.

We thank you in advance for your attention to this matter.  If you have any questions, please contact Felix Lopez via email at felix_j_lopez@nps.gov or  saju_superintendent@nps.gov.

Sincerely,

*Myrna I. Palfrey*

Myrna I. Palfrey
Superintendent

Cc:    saveagatopr@gmail.org

# EXHIBIT B

**save a gato**

Adoptions · Fosters · T/N/R

P.O. Box 9021227

San Juan, Puerto Rico 00902-1227

saveagatopr@gmail.com

**saveagato.org**

*Save A Gato is a 501(c)(3) org.

June 5, 2026

**Via Email**
Superintendent Myrna I. Palfrey
Felix Lopez, Chief, Cultural Resources
San Juan National Historic Site
501 Calle Norzagaray
San Juan, Puerto Rico 00901

Dear Ms. Palfrey and Mr. Lopez:

Save-A-Gato, Inc. (SAG) has received NPS's June 1, 2026 "cease and desist" letter and the information about NPS's purported feeding plan provided by Alexa Penalosa on June 3, 2026. I am contacting you with SAG's concerns on the exceedingly short deadline provided in the June 1, 2026 letter, and to request that NPS extend its deadline for SAG to cease feeding and caring for the Paseo community cats from June 8, 2026 until June 18, 2026. SAG respectfully requests a response to this letter <u>by no later than 5:00 p.m. on Sunday, June 7, 2026</u>.

There is no reason for NPS to take over the duty of feeding the community cats—which it has never done—at this juncture. Over the past two decades, SAG's protocols have been optimized and refined to deal with all of the realities that these community cats face in this unique Paseo location. For example, the feeding stations used by SAG are specially adapted to deal with two frequent circumstances on the Paseo: rain and other animals (*e.g.*, ants, rats, and birds).

Feeding stations must strike the delicate balance of being welcoming to the community cats while also protecting their food from the rain and other animals, otherwise the food becomes inedible for the cats and develops a distinct unpleasant smell that is repugnant to both the community cats and Paseo visitors. Additionally, provision of dry food alone is insufficient. Wet food must be made available in a specific manner to nourish cats that are older, suffer from tooth decay, or can only digest wet food for other health reasons. SAG remains ready, willing and able to continue to feed these cats at its own expense, and with no interruption in the method of feeding that has been developed and used for over two decades, so long as the SAG feeding stations will continue to be permitted.

As such, SAG respectfully requests that, at a minimum, NPS extend the deadline provided in the June 1, 2026 letter to June 19, 2026, and allow SAG to coordinate, train and work with NPS' new feeding team in the interim.

Sincerely,

Ana Maria Salicrup
On behalf of Save-A-Gato, Inc.

# EXHIBIT C

# United States Department of the Interior
## NATIONAL PARK SERVICE
San Juan National Historic Site
501 Calle Norzagaray
San Juan, Puerto Rico 00901

In Reply Refer To:



June 7, 2026

Lic. Ana M. Salicrup
Save a Gato, Inc.
P.O. Box 9021227
San Juan, PR 00902
saveagatopr@gmail.com

Dear Ms. Salicrup:

In response to your letter of June 5, 2026, requesting the National Park Service (NPS) to extend the deadline for Save a Gato (SAG) to cease and desist activities at Paseo del Morro National Recreational Trail (Paseo) we are informing you that the NPS will not be extending the deadline.

We are aware of the challenges to feeding the free ranging cats at Paseo. We are prepared to assume the responsibilities until the removal agency begins the process of removing the free ranging cats from the area. If at some point through this process the NPS feels it needs assistance, someone from the Paseo will let SAG know.

Sincerely,

*Myrna I. Palfrey*

Myrna I. Palfrey
Superintendent

# EXHIBIT D

**From:** SAJU Superintendent, NPS <SAJU_Superintendent@nps.gov>
**Sent:** Monday, June 8, 2026 9:55 AM
**To:** saveagatopr@gmail.com <saveagatopr@gmail.com>
**Cc:** Lopez, Felix <Felix_J_Lopez@nps.gov>
**Subject:** Window for Cat Removal at Paseo del Morro – SUP Application Attached


Good Morning Ms. Salicrup:

The park is willing to consider a window for Save a Gato to remove cats from Paseo del Morro. This window will begin on Tuesday 6/9/2026 and will end on 6/26/2026. If Save a Gato is interested, the park can authorize a Special Use Permit. The application is attached. The work shall be done while paseo is open from 7:00 am- 5:00 pm (non-negotiable). This will be only for trapping and removing cats. No feeding will be allowed. The only food authorized will be that to be used as bait for the cats. These conditions will be included in the permit document. Again, if interested, please complete the attached document and send it to the email: **saju_permits@nps.gov**. Please copy the emails: **saju_superintendent@nps.gov**, and **felix_j_lopez@nps.gov**, so we can follow up with our permits team.

Sincerely,
Myrna I. Palfrey
Superintendent